IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES METZ,                      Case No. 3:11-cv-391

    Plaintiff,

                                   Judge Timothy S. Black

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER VACATING THE REFERENCE OF THIS CASE TO THE MAGISTRATE JUDGE

The reference of this case to the Magistrate Judge is hereby vacated.

**IT IS SO ORDERED.**

Date: 6/19/12

_____
Timothy S. Black
United States District Judge