UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JAMES METZ,**

    Plaintiff,

**-vs-**

    CASE NO. 3:11-CV-391

    **Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

### JUDGMENT IN A CIVIL CASE
_____

[ ] **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X] **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that ALJ's Non-Disability Finding is **FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE,** and **REVERSED** and **REMANDED** to the ALJ for an immediate award of benefits; and that the case is **CLOSED** from the docket of the Court.

Date: August 30, 2012                                **JOHN P. HEHMAN, CLERK**

                                                                            By: *s/ M. Rogers*
                                                                            Deputy Clerk